PER CURIAM.

(No. 74-CC-457—Claimant )

DREYMILLER & KRAY, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed April 17, 1974.*

GEISTER, SCHNELL, RICHARDS & BROWN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.